Town of Lake Maitland v. State, *ex rel.* Cary D.
Landis, Attorney General, Relator, and Mobile-Gulf
Land Co., an Alabama Corporation, Co-Relators.

173 So. 677.
Division A.
Opinion Filed April 12, 1937.
Rehearing Denied April 26, 1937.

W. A. Pattishall, for Plaintiff in Error;
*George P. Garrett* and *Hope Strong,* for Defendants in
Error.

Per Curiam.—The writ of error brings for review judg-
ment of ouster in favor of co-relator, defendant in error,
as to a described eighty (80) acres of land in the Munic-
ipality of Lake Maitland.

The lands involved are surrounded by other lands re-
maining in and constituting the territorial area of the Mu-
nicipality. The Municipality was created and organized
under the general law in 1885. The lands involved in the
judgment of ouster and other lands were annexed by ordi-
nance under the general law in 1887. By Chapter 6068
Special Acts of 1909, the Legislature of Florida validated
the establishment of the Municipality and defined its boun-
daries, including therein all the lands in the original Munic-
ipality and all the lands annexed by ordinance in 1887.

The only question involved is whether or not the co-relator is estopped·by acquiescence and laches indulged in by it and its predecessors in title to maintain this proceeding.

We must hold that it is so estopped on authority of the opinions and judgments of this Court in the cases of City of Winter Haven v. State, *ex rel.* Landis, 125 Fla. 392, 170 Sou. 100; State, *ex rel.* Davis, v. City of Eau Gallie, 99 Fla. 579, 126 Sou. 124; and cases cited.

Therefore, the judgment should. be reversed. It is so ordered.

Reversed.

ELLIS, C. J., and TERRELL and BUFORD, J. J., concur.

WHITFIELD, P. J., and BROWN and DAVIS, J. J., concur in the opinion and judgment.